Jill Elder, P.C.
WSBA # 28384
PO Box 12626
Olympia, WA 98508
(360) 956-1190

The Honorable Brian D. Lynch

# THE UNITED STATE BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| IN RE: ) | Chapter 7 Case No. 14-44886 |
| ) | |
| Pamela Kay Hyre, ) | |
| ) | STATEMENT OF ADDRESS CHANGE |
| Debtor. ) | |
| _____ ) | |

COMES NOW the Debtor, Paula Kay Hyre, by and through the undersigned, and states that the mailing address for Chevron and Texaco Card Services on the matrix is incorrect. The correct address is as follows:

>Chevron and Texaco Card Services
>PO Box 530950
>Atlanta, GA 30353-0950

DATED this 23rd day of September, 2014.

/s/ Jill Elder
Jill Elder, WSBA #28384
Attorney for Debtor

Statement of Address Change - 1

**JILL ELDER, P. C.**
**PO BOX 12626**
**OLYMPIA, WA 98508**
**Phone: 360-956-1190/Fax: 956-1207**